IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCO ROBINSON, #296 304, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:16-CV-999-WHA ) [WO] |
| CAPTAIN BALDWIN, *et al.*, | ) ) |
| Defendants. | ) |

## **OPINION and ORDER**

On March 2, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 5. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation is ADOPTED; and

(2) This action is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.

Final judgment will be entered separately.

Done, this 27th day of March, 2017.

                                                  /s/ W. Harold Albritton
                                        SENIOR UNITED STATES DISTRICT JUDGE